IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DONALD WAYNE WARWICK                                          PLAINTIFF

    v.                              No. 04-2208

NURSE CREED, R.N., Sebastian County
Detention Center; DEPUTY TEAGUE; and
CAPTAIN MIKE CONGER, Jail Administrator,
Sebastian County Detention Center                             DEFENDANTS

## ORDER

Now on this 24th day of January 2006, there comes on for consideration the report and recommendation filed herein on January 3, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 23). Plaintiff filed objections to the report and recommendation. (Doc. 24).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 17) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge